NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS P. FLEMING, LLC,**
*Appellant*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Appellee*

---

2017-1515

---

Appeal from the Civilian Board of Contract Appeals in Nos. 3655, 3658, 3660, 3661, 3662, 3663, 3666, Administrative Judge Jonathan D. Zischkau, Administrative Judge Joseph A. Vergilio, Administrative Judge Patricia J. Sheridan.

---

**JUDGMENT**

---

DAVID HILTON WISE, Wise & Donahue, PLLC, Fairfax, VA, argued for appellant. Also represented by PATRICK JOSEPH DONAHUE, Annapolis, MD.

AGATHA KOPROWSKI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented

by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court